IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **SHAMAR JOHNSON,** : | |
| : | |
| Petitioner : | |
| : | |
| v. : | **CASE NO. 3:05-CV-55 (HL)** |
| : | **28 U.S.C. § 2255** |
| : | **CASE NO. 3:01-CR-2 (HL)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 432) filed July 18, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Report and Recommendation were filed by the petitioner within the allotted time.

**SO ORDERED,** this the 30th day of August, 2005.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**